## EDWARD MAKINS V. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DICKINSON *et al.*

No. 15,208.   (95 Pac. 394.)

Error from Dickinson district court; OSCAR L. MOORE, judge.   Opinion filed April 11, 1908.   Reversed.

*G. W. Hurd*, and *Arthur Hurd*, for plaintiff in error.
*C. C. Towner, M. A. Gorrill*, and *F. D. Parent*, for defendants in error.

*Per Curiam:* The questions involved in this case are the same as in *The State v. Dickinson County, ante*, p. 540, except as to the right of Makins to maintain the suit.   Under the authority of *The State v. Dickinson County, supra*, as to the legality of the contract, and of *Gas Co. v. Railway Co.*, 74 Kan. 661, 87 Pac. 883, *Bunker v. Hutchinson*, 74 Kan. 651, 87 Pac. 884, and chapter 334 of the Laws of 1905 as to the right of Makins to maintain

the suit, the petition states a cause of action. The ruling of the court sustaining the demurrer thereto is reversed and the case is remanded, with instructions to overrule the demurrer and to proceed.